# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 22, 2010

*Before*

RICHARD A. POSNER, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff-Appellee,<br><br>No. 07-3933     v.<br><br>GARY E. PEEL,<br>   Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 06 CR 30049<br>]<br>] William D. Stiehl,<br>]  Judge. |

Upon consideration of the **MOTION TO CORRECT OPINION**, filed on February 19, 2010, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**.  The court's opinion dated February 12, 2010, is amended as follows:

Page 16 of the slip opinion, second full paragraph, shall begin: "So if a defendant presents credible evidence for discounting a stream of future payments to present value..."

The court thanks the government for noticing the need for the correction.